# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MTP HOSPITALITY SOLUTIONS, INC.,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | MO:23-CV-00099-DC | |
| § | | |
| **AFFILIATED FM INSURANCE COMPANY,** § | | |
| *Defendant.* § | | |

## ORDER

By separate order, the Magistrate Judge granted Affiliated FM Insurance Company's Motion to Compel Appraisal and Abate Litigation,[1] giving the parties 90 days from December 15, 2023, to complete the appraisal process. This order serves to administratively close the case for the duration of the appraisal process. Upon filing the results of the appraisal, the parties are instructed to move to reopen the case. At that time, MTP Hospitality Solutions, Inc. may refile its summary judgment to reflect the results of the appraisal process.

---

[1] ECF No. 21.

The Court therefore directs the clerk's office to **ADMINISTRATIVELY CLOSE** the matter **DENY AS MOOT** all pending motions.

It is so **ORDERED**.

SIGNED this 5th day of January, 2024.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE